# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2015

150725 & (206)(208)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

MARKELL VANSLEMBROUCK, Minor,
by and through ERIC BRAVERMAN,
Conservator,
   Plaintiff-Appellee,

and

KIMBERLY A. VANSLEMBROUCK,
   Plaintiff,

v

ANDREW JAY HALPERIN, M.D., and
WILLIAM BEAUMONT HOSPITAL,
   Defendants-Appellants,

and

MICHIGAN INSTITUTE OF GYNECOLOGY
AND OBSTETRICS, P.C.,
   Defendant.

SC: 150725
COA: 309680
Oakland CC: 2006-074585-NH

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. The motions to seal and for disclosure are DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2015


Clerk

p0915